Mary Yvonne (Smith)
HARDY, Appellant,

v.

Larry Robert SMITH, Respondent.

No. WD 38815.

Missouri Court of Appeals,
Western District.

July 14, 1987.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Sept.
1, 1987.

Application to Transfer Denied
Oct. 13, 1987.

Tom B. Kretsinger, Jr., Liberty, for appellant.

Stephen V. Crain, Kansas City, for respondent.

Before BERREY, P.J., and
KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

The wife appeals the modification of a child custody provision in a dissolution decree awarding custody of her children to the husband.

The judgment has been affirmed per curiam pursuant to Rule 84.16(b).